UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURBERRY LIMITED, a United Kingdom Corporation; BURBERRY LIMITED, a New York Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AVI COHEN, an individual; and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO. CV 12-2384 JAK (PLAx)<br><br>**JUDGMENT** <mark>JS-6</mark><br><br>**Honorable John A. Kronstadt** |

WHEREAS Plaintiffs Burberry Limited (UK) and Burberry Limited (US) (collectively "Plaintiffs or "Burberry") have the exclusive right to use, enforce, and benefit from the Burberry Trademarks, the registrations of which are valid and subsisting.

WHEREAS Burberry has filed the present Complaint against Defendant Avi Cohen for Trademark Counterfeiting, False Designations of Origin, Trademark Dilution, and Unfair Competition.

WHEREAS Defendant Avi Cohen has violated Burberry's rights in and to the following Burberry Trademarks (1) "BURBERRY," (2) "BURBERRY LONDON," (3) Burberry Check Trademark (color specific), (4) Burberry Check Trademark (non-color specific), and (5) Equestrian Knight Design, on at least eleven (11) different types of products: (1) handbags, (2) wallets , (3) hats, (4) jeans, (5) polo shirts, (6) sunglasses, (7) sweat suits, (8) jackets, (9) long sleeve shirts, (10) pants, and (11) button-down shirts.

WHEREAS the Court, having granted Burberry's motion for summary judgment on Burberry's claims arising from trademark counterfeiting, Burberry is therefore

entitled to judgment as a matter of law.  Furthermore, Burberry is entitled to statutory damages pursuant to 15 U.S.C. § 1117(c).

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor of Burberry in the amount of **$600,000.00** against Defendant Avi Cohen in addition to costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, pursuant to 15 U.S.C. § 1116, that Defendant and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of this Order are hereby permanently restrained and enjoined from:

(a) Manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling any counterfeit Burberry products and/or any products which bear the Burberry Trademarks, or any other marks confusingly similar thereto;

(b) Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner counterfeit Burberry products or items falsely bearing the Burberry Trademarks, or any reproduction, counterfeit, copy or colorable imitation thereof;

(c) Engaging in any other activity constituting unfair competition with Burberry, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements associated with Burberry;

(d) Engaging in any other activity that will dilute the distinctiveness of the Burberry Trademarks;

(e) Committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendant is licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Burberry;

1         (f)    Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in (a) to (e) above.

**IT IS SO ORDERED.**

DATED:     May 30, 2013                _____
                                                           Honorable John A. Kronstadt
                                                           **United States District Judge**